## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| THOMAS L. JOHNSON and YOLANDA HUDSON-JOHNSON, <br><br>   Plaintiffs, <br><br> v. <br><br> FRANCISCAN ALLIANCE, INC. d/b/a FRANCISCAN ST. MARGARET HEALTH - HAMMOND, <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  CAUSE NO. 2:11-cv-00168 |

### STIPULATED DISMISSAL WITH PREJUDICE

The Plaintiffs and Defendant, by counsel, herewith stipulate and agree to dismiss with prejudice Plaintiffs' claims against defendant, Franciscan Alliance, Inc. d/b/a Franciscan St. Margaret Health – Hammond in this cause of action, with each side bearing their own costs.

HILBRICH CUNNINGHAM DOBOSZ
VINOVICH & SANDOVAL, LLP

/s/ Daniel B. Vinovich
Daniel B. Vinovich
Attorney for Plaintiffs
2637 – 45th Street
Highland, IN  46322

KRIEG DEVAULT LLP

/s/ Robert A. Anderson
Robert A. Anderson
Attorney for Defendants
8001 Broadway, Suite 400
Merrillville, IN  46410

KD_8676075_1.DOC

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 8, 2017, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel Vinovich   dbv@hilbrich.com
Robert Anderson   randerson@kdlegal.com

2