UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| THOMAS L. JOHNSON and <br> YOLANDA HUDSON-JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCISCAN ALLIANCE, INC. d/b/a <br> FRANCISCAN ST. MARGARET HEALTH <br> -HAMMOND, <br><br> Defendant. | Cause No. 2:11-cv-168 |

## ORDER

This matter is before the court on the Stipulated Dismissal with Prejudice [DE 48] filed by the parties on February 8, 2017. The court, being duly advised in the premises, hereby **DISMISSES** this cause **WITH PREJUDICE**, parties to bear their own costs. This case is now closed.

ENTERED this 9th day of February, 2017.

/s/ Andrew P. Rodovich
United States Magistrate Judge